UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 2:25-cr-00036** |
| **VS.** | * | **JUDGE JAMES D. CAIN, JR.** |
| **JOSE CHAVEZ-ARZU** | * | **MAGISTRATE JUDGE LEBLANC** |

**ORDER**

In accordance with the requirements of Rule 5 of the Federal Rules of Criminal Procedure, as amended October 21, 2020, and in addition to the requirements imposed by the court's Pretrial Criminal Scheduling Order, it is

**ORDERED** that the government be and it is hereby reminded of its disclosure obligations under *Brady v Maryland*, 373 U.S. 83 (1963), and its progeny. Failure of the government to abide by this order and to properly disclose *Brady* material to the defendant shall carry consequences. Consequences of violation of this order and the duty to disclose as mandated by *Brady* will be commiserate with the scope and severity of the violation and can include exclusion of evidence at trial, a finding of contempt with possible disciplinary action against the prosecutor, dismissal of an indictment with prejudice, or even a declaration that a conviction was obtained invalidly.

**THUS DONE AND SIGNED** in chambers this 26th day of February, 2025.

_____
**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**